**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KEVIN ESTRADA,

    Plaintiff,

v.                                            No. 15cv0470 JCH/SCY

ALBUQUERQUE POLICE
DEPARTMENT,

    Defendant.

**ORDER OF REFERENCE RELATING TO BANKRUPTCY APPEALS,
SOCIAL SECURITY APPEALS, PRISONER CASES, NON PRISONER
PRO SE CASES, AND IMMIGRATION HABEAS CORPUS PROCEEDINGS**

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B),(b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Steven C. Yarbrough to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.  The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties shall be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1)(C).  Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

                                                                             _____
                                                                             **UNITED STATES DISTRICT JUDGE**